```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
SANDY YUWONO, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class,*

                              Plaintiff,

       - against -

JADE EATERY & LOUNGE LLC, et al.,

                            Defendants.
--------------------------------------------------------------X

22-CV-04227 (PGG) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        This order resolves Plaintiff's motion to compel at Dkt. 23. Plaintiff describes Defendants' repeated commitments to comply with discovery and their repeated failures to do so. Defendants do not deny the chronology presented by Plaintiff. (See Dkt. 24.) Defendants also do not present any excuse, let alone a justifiable one, for their delay. Accordingly, no later than November 14, 2022, Defendants shall fully comply with the document demands and interrogatories previously served by Plaintiff. Failure to comply may result in sanctions.

                                              SO ORDERED.

                                              _____
                                              ROBERT W. LEHRBURGER
                                              UNITED STATES MAGISTRATE JUDGE

Dated: October 31, 2022
       New York, New York

Copies transmitted this date to all counsel of record.