# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct: 212-465-1188
cklee@leelitigation.com

December 19, 2022

**Via ECF**
Hon. Magistrate Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2022

Re: *Yuwono v. Jade Eatery & Lounge LLC, et al.*
Case No.: 22-cv-04227 (PGG) (RWL)

Dear Judge Lehrburger:

We are counsel for Plaintiff and write with consent from Defendants (collectively, "Parties") to respectfully request that the Court stay all dates and deadlines, including the briefing schedule on Plaintiff's motion for Conditional Collective Certification, while the Parties focus their resources on settlement. This is the Parties' first joint request for a stay in this matter.

The Parties request the Court stay this matter in order to attend private class mediation. The Parties are presently conferring regarding selection of a mediator and anticipate the mediation to occur in the next 60 days.

Additionally, the Parties request leave to provide the Court with a status update two weeks following the private class mediation, in order to inform the court whether the Parties have resolved the matter, or to request that the Court set a new briefing schedule and a new discovery schedule.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq

cc: all parties via NYSCEF

So that the parties may devote their resources to mediation, all deadlines are stayed pending mediation, but not more than 90 days. The parties shall file a status letter with the Court within 10 days of completing the mediation, or 90 days from the date of this order, whichever occurs first.

SO ORDERED:
12/19/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE