# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700
nshillito@hansassociates.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2023
```

September 11, 2023

VIA ECF

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY 10007

Granted.

SO ORDERED:

9/12/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   **Yuwono, et al. v. Jade Eatery & Lounge LLC, et al.
Case No. 22-CV-4227 (PGG)(RWL)**

Dear Judge Lehrburger:

This firm has just been retained by defendants KFG Hospitality Group LLC, Arun Kumar, and Richard Liao in the above-referenced action. Earlier today, we filed a motion seeking to be substituted as counsel of record on behalf of these parties. I write separately now to respectfully request an extension of time until September 21, 2023 for: (1) the above-listed defendants to respond to the plaintiffs' first amended complaint; and (2) the parties to file a joint status update letter which is currently due today.

Our firm has only just appeared on behalf of the above-listed defendants, and while we have just received much of the case file from outgoing counsel, we are still awaiting receipt of substantial documentation relating to the case, including prior document discovery exchanged by the parties and deposition transcripts. Accordingly, we require this additional brief extension of time in order to properly represent our clients and respond adequately to the amended complaint. Additionally, this brief additional extension of time will allow us to confer with plaintiffs' counsel and our clients regarding the current posture of the case and any outstanding discovery issues, in order to provide the Court with a complete and accurate status update letter.

This is our firm's first request on behalf of the above-listed defendants for an extension of time to respond to the plaintiffs' amended complaint. This is also our firm's first request on

The Honorable Robert W. Lehrburger<br>
September 11, 2023<br>
Page 2

behalf of the above-listed defendants for an extension of time to file the joint status letter that is due today.  Counsel for the plaintiffs has graciously consented to these requests.

        Respectfully Submitted,

        /s/Nils C. Shillito

        Nils C. Shillito (NS-6755)

cc:     All Other Counsel (via ecf)