UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDY YUWONO and UVALDO TORRES, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,

Plaintiffs,

-against-

JADE EATERY & LOUNGE LLC, KFG HOSPITALITY GROUP LLC, ARUN KUMAR, RICHARD LIAO, and SAM KANDHOROV,

Defendants.

**ORDER**

22 Civ. 4227 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

On September 30, 2025, this Court denied Defendants' motion to dismiss. (Dkt. No. 81) Accordingly, the stay in this case is lifted.

Dated: New York, New York
October 1, 2025

SO ORDERED.

*Paul Gardephe*
Paul G. Gardephe
United States District Judge