UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDY YUWONO and UVALDO TORRES, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

Plaintiffs,

v.

JADE EATERY & LOUNGE LLC, *et al.,*

Defendants.

**Case No.:** 22-cv-04227

**RULE 68 JUDGMENT**

---

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants KFG Hospitality Group LLC, Arun Kumar, and Richard Liao (collectively "Defendants"), having offered to allow plaintiff Uvaldo Torres ("Plaintiff") to take a judgment against them, in the sum of One Thousand and 00/100 Dollars ($1,000.00), inclusive of costs accrued, to fully and finally resolve all of Plaintiff's claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 10, 2026 and filed as Exhibit A to Docket Number 97;

**WHEREAS,** on April 13, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 97);

It is **ORDERED, ADJUDGED, AND DECREED,** that judgment is entered in favor of Plaintiff Uvaldo Torres, in the sum of $1,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 10, 2026 and filed as Exhibit A to Docket Number 97. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2026
New York, New York

_____
U.S.D.J.